**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Pedro ALONSO, Defendant—Appellant.**

**No. 04–6300.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 10, 2004.

Decided: July 14, 2004.

Pedro Alonso, Appellant pro se.

J. Frank Bradsher, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pedro Alonso appeals the district court's order denying his Motion to Modify Condition of Fine Imposed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Alonso,* No. CR–00–136–1–7–F (E.D.N.C. Jan. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*